# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **SHAQUILE O'NEAL RICHARDS,** | § | **CRIMINAL NO. :23-CR-00105** |
| | § | |
| **a/k/a Shaquille Richards, a/k/a "Shaq,"** | § | |
| **a/k/a "103 Shaq,"** | § | |
| **a/k/a "103shaq_isback,"** | § | |
| | § | |
| **ALEXANDRA ELIZABETH NICKS,** | § | |
| **a/k/a "Bloodbath,"** | § | |
| **a/k/a "Alimo,"** | § | |
| **a/k/a "Alamo,"** | § | |
| | § | |
| **MARCUS DEWANE CHRISTOPHER,** | § | |
| **a/k/a Marcus Christopher,** | § | |
| **a/k/a Marcus D Christopher,** | § | |
| **a/k/a MarcusDewayne Christopher,** | § | |
| **a/k/a "Moe,"** | § | |
| **a/k/a "Big Moe,"** | § | |
| **a/k/a "Big Boy,"** | § | |
| **a/k/a "Big Man,"** | § | |
| **a/k/a "thirdward_moe,"** | § | |
| | § | |
| **MARQUIS JUWAN ERSKIN,** | § | |
| **a/k/a Marquis Erskin,** | § | |
| **a/k/a Marquis JErskin,** | § | |
| **a/k/a Marquis J Erskiin,** | § | |
| **a/k/a Marquis Juwa Erskin,** | § | |
| **a/k/a "Erski,"a/k/a "Bangzz,"** | § | |
| **a/k/a "Cocaine_bangzz,",** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF UNITED STATES' DECISION TO NOT SEEK THE DEATH PENALTY

The United States of America, by and through Nicholas J. Ganjei, United States Attorney

for the Southern District of Texas, and Kelly Zenón-Matos, Assistant United States Attorney, and

Jodi Anton, Department of Justice Trial Attorney, hereby places this court, counsel for defendants SHAQUILE O'NEAL RICHARDS, ALEXANDRA ELIZABETH NICKS, MARCUS DEWANE CHRISTOPHER and MARQUIS JUWAN ERSKIN on notice that the United States **will not be seeking** the death penalty as to any of the defendants as it may relate to count one of the first superseding indictment.

RESPECTFULLY SUBMITTED.

In Houston, Texas, this 18th day of June, 2025.


NICHOLAS J. GANJEI
United States Attorney


By: */s/ Kelly Zenón-Matos*
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
Texas Bar No. 3848388
1000 Louisiana St., Suite 2300
Houston, TX 77002
Phone: 713-567-9000
Email: kelly.zenon@usdoj.gov


*/s/Jodi L. Anton*
Jodi L. Anton,
Trial Attorney
Department of Justice
Violent Crime and Racketeering Section (VCRS)
1301 New York Ave., NW, Suite 700, Washington, DC 20005
Florida Bar Number 184098

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true and correct copy of the foregoing Notice was delivered to

counsels for the defendants as listed via e-filing on June 18, 2025.

By: *<u>/s/ Kelly Zenón-Matos</u>*
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas