IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| *versus* | § | CRIMINAL NO. 4:23-CR-105 |
| | § | |
| SHAQUILE O'NEAL RICHARDS | § | |

### RESPONSE TO GOVERNMENT'S MONTION IN LIMINE REGARDING IMPEACHMENT (Doc. #346)

**TO THE HONORABLE JUDGE GEORGE HANKS:**

**COMES NOW SHAQUILE O'NEAL RICHARDS,** by and through his attorney of record, Janet Celeste Blackburn, who files this response to the Government's Omnibus Motion in Limine Regarding Impeachment (Doc. #346).

The Government requests that prior to mentioning, eliciting from any witness, or attempting to elicit from any witness, information relating to certain topics, I first obtain permission from the Court. My position on these items are:

1. **Impeachment with investigative notes or reports (of law enforcement or otherwise) that the witness has not adopted** – I agree to properly impeach witnesses under Rules of Evidence 612 and 613. *See US v. Carey*, 589 F.3d 187, 191 (5th Cir. 2009)(admissibility of testimony accompanied by a Rule 612 refreshment does not depend upon the source of the writing, the identity of the

writing's author, or the truth of the writing's contents, for "[i]t is hornbook law that any writing may be used the refresh the recollection of a witness.")

2. **Impeachment of Witnesses with Arrests, Certain Misdemeanor Convictions, or Convictions Greater than 10 years Old** – I agree to properly impeach witnesses under Rule of Evidence 609, including requesting hearings, when appropriate, under Rule 609.

3. **Referring to Impeachable Convictions during Voir Dire, Opening Statements, or Prior to Testimony** – I agree to properly impeach witnesses under Rule of Evidence 609. I am also in agreement that ***neither side*** refers to impeachable convictions of witnesses or defendants prior to testimony/admission at trial.

4. **Impeachment of a Witness in Cross-Examination with Specific Instances of a Witness's Uncharged Conduct** – It appears this request is asking me to follow Federal Rule of Evidence 608. If so, I agree to properly impeach witnesses under Rule of Evidence 608.

Respectfully Submitted,

*/s/ Celeste Blackburn*
Janet Celeste Blackburn
Texas State Bar Number 24038803
Attorney for Shaquille Richards
10655 Six Pines, Suite 230
The Woodlands, Texas 77380
(936)703-5000
celesteblackburn@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Response to Government's Motion in Limine Regarding Impeachment (Doc. #346) was delivered via electronic filing to the Assistant United States Attorney in this cause on December 23, 2025.

*/s/ Celeste Blackburn*
Janet Celeste Blackburn