UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA,

v.                              No. 4:23-CR-00105

SHAQUILE O'NEAL RICHARDS

### REQUESTED VOIR DIRE QUESTIONS ON BEHALF OF SHAQUILE O'NEAL RICHARDS

Comes now, Janet Celeste Blackburn, attorney for Shaquile O'Neal Richards, and requests the Court to ask the venire the following questions to determine if they may have a bias:

1. Have you, a close relative or friend, been subjected to violence or crime by a gang member? If so, when did it occur? What occurred? Will you be able to set your feeling about that aside and hold the Government to their burden of proof of beyond a reasonable doubt?

2. Have you, a close relative or friend, been subjected to gun violence by anyone? If so, when did it occur? What occurred? Will you be able to set your feelings about that aside and hold the Government to their burden of proof of beyond a reasonable doubt in this case?

3. Has anyone listened to music, of any type, that conveys violence? For example, Taylor Swift's "no body no crime;" Aerosmith's "Janie's Got a

Gun;" The Chicks' "Good-Bye Earl;" Bob Marley's "I Shot the Sheriff;" HARDY's "Wait in the Truck;" Bruce Springsteen's "Nebraska;" or Garth Brooks' "The Thunder Rolls." Do you believe that individuals who enjoy listening to these types of songs are wrong, criminals, or otherwise immoral?

                    Respectfully submitted,

                    /s/ Celeste Blackburn
                    Janet Celeste Blackburn
                    SDTX No. 1076672
                    Texas Bar Number 24038803
                    Attorney for Shaquile O'Neal Richards
                    10655 Six Pines, Suite 230
                    The Woodlands, Texas 77380
                    Phone: 936-703-5000
                    Fax: 877-900-2822
                    celesteblackburn@gmail.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing motion was delivered to all counsel of record, on January 4, 2026, via ECF.

                    /s/ Celeste Blackburn
                    Janet Celeste Blackburn