## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| v. | § | **CRIM. NO. 4:23-CR-00105** |
| | § | |
| **SHAQUILE O'NEAL RICHARDS,** | § | |
| a/k/a Shaquille Richards, a/k/a | § | |
| "Shaq," a/k/a "103 Shaq," a/k/a | § | |
| "103shaq_isback," | § | |
| | § | |
| **ALEXANDRA ELIZABETH NICKS,** | § | |
| a/k/a "Bloodbath," a/k/a "Alimo," | § | |
| a/k/a "Alamo," | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## AMENDED GOVERNMENT'S OPPOSED NOTICE OF INTENTION TO OFFER DOMESTIC RECORDS OF REGULARLY CONDUCTED ACTIVITY

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, the United States of America, by and through its United States Attorney, Nicholas J. Ganjei, and the undersigned Assistant United States Attorney, Kelly Zenón-Matos, and Department of Justice Trial Attorney, Jodi Anton, hereby providing this written notice, pursuant to Federal Rules of Evidence 902(11) and 803(6) and (7), of its intention to offer into evidence domestic records of regularly conducted activity.

On December 12, 2025, the United States filed a first Notice of Intention to Offer Domestic Records of Regularly Conducted Activity. (ECF No. 349).

On December 17, 2025, the United States notified both counsels by email of the Government's intent to authenticate defendant Shaquile O'Neal Richards' jail calls under FRE 902(11). The business record certification was attached to said email (Exhibit 1 and 2).

The United States also included the jail call business records certification in its exhibits list as Exhibit No. 1.

Federal Rule of Evidence 902(11) provides that "a party intending to offer a record into evidence ... must provide written notice of that intention ... and must make the record and declaration available for inspection sufficiently in advance of their offer into evidence to provide an adverse party with a fair opportunity to challenge them." FED. R.E. 902(11)(C). *See also United States v. Olguin*, 643 F.3d 384, 391 (5th Cir. 2011) (the Government made the records available in a timely manner and to the district court's—and this court's—satisfaction. The admission of the records did not constitute reversible error).

In the present case, the United States provided written and timely notice of the Government's intent to authenticate defendant Shaquile O'Neal Richards' jail calls under FRE 902(11).

## **PRAYER**

WHEREFORE, we ask the Court to GRANT this motion and to allow the United States to introduce said evidence at trial without any further authentication.

Date:   January 12, 2026.          Respectfully submitted, in Houston, Texas.

NICHOLAS J. GANJEI
United States Attorney

*/s/ Kelly Zenón-Matos*
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
Texas Bar No. 3848388
1000 Louisiana St., Suite 2300
Houston, TX 77002 Phone: 713-567-9000
Email: kelly.zenon@usdoj.gov

2

*/s/ Jodi L. Anton*
Jodi L. Anton,
Trial Attorney
Department of Justice
Violent Crime and Racketeering Section (VCRS)
1301 New York Ave., NW, Suite 700, Washington, DC 20005
Florida Bar Number 184098

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Government's Notice of Intention to Offer Domestic Records of Regularly Conducted Activity was delivered to counsel for the Defendant as listed via e-filing on January 13, 2026.

By: _/s/ **Kelly Zenón-Matos**_
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas

**CERTIFICATE OF CONFERENCE**

On January 12, 2026, the undersigned prosecutor sent a copy of this motion to defense counsels to inquire about their position. On January 13, 2026, counsels for the defense responded in opposition to the Government's request.

By: _/s/ **Kelly Zenón-Matos**_
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas