UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

v.                                        Case Number: 4:23−cr−00105

Shaquile O'Neal Richards
Alexandra Elizabeth Nicks

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

George C Hanks, Jr

**PLACE:**
Courtroom 9C
United States District Court
515 Rusk Avenue
Houston, Texas 77002

**DATE:** 5/11/2026

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Jury Trial
Status Conference

Date:   February 6, 2026

                                                            Nathan Ochsner, Clerk