**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIM. NO. 4:23-CR-00105** |
| | § | |
| **SHAQUILE O'NEAL RICHARDS, a/k/a Shaquille Richards, a/k/a "Shaq," a/k/a "103 Shaq," a/k/a "103shaq_isback,"** | § § § § | |
| | § | |
| **ALEXANDRA ELIZABETH NICKS, a/k/a "Bloodbath," a/k/a "Alimo," a/k/a "Alamo,"** | § § § | |
| | § § | |
| **Defendants.** | § | |

**<u>JOINT MOTION TO CONTINUE RETRIAL</u>**

The United States of America, by and through its Acting United States Attorney, John Marck, and the undersigned Assistant United States Attorney and Department of Justice Trial Attorney, and Defendants Shaquile O'Neal Richards and Alexandra Elizabeth Nicks, through their respective counsels, hereby jointly move this Honorable Court for a continuance of the retrial set to begin on May 11, 2026, and in support thereof, state as follows:

The parties have been actively preparing for the retrial in the present case.

In early April, the Government tendered a plea offer to both defendants.

Additionally, and in compliance with its continuing duty to provide discovery, the Government recently notified counsels that after years of unsuccessful attempts, it gained access to Defendant Nick's password protected cellular phone, seized pursuant to a search warrant.

The Government promptly notified counsels of this new discovery which it also intends to use at trial.

In light defense counsels' concerns regarding the time needed to review this recent discovery prior to trial, the parties agree that a continuance of trial is warranted to allow defense counsels to conduct a full review of the new evidence and evaluate the Government's plea offers.

Thus, after conferring, the parties respectfully propose to the Court **the dates of July 6 or July 13, 2026, as mutually available dates to commence trial.**

The parties also assert that for the reasons stated above, the ends of justice served by the continuance of trial in this case outweigh the best interest of the public and the defendants in a speedy trial, and, therefore, the period of delay should be excluded from the speedy trial act computation pursuant to 18 U.S.C. § 3161(h)(7)(A).

WHEREFORE, the parties respectfully request this Honorable Court to grant the instant joint motion to continue retrial as requested.

Respectfully submitted, in Houston, Texas, this April 20, 2026.

JOHN MARCK
Acting United States Attorney

***/S/ Kelly Zenón-Matos***

Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana Street, Suite 2300
Houston, TX 77002
Main: (713) 567-9000
Direct: (713) 567-9362
Email: kelly.zenon@usdoj.gov

**/s/Celeste Blackburn**
CELESTE BLACKBURN
State Bar No. 24038803
Attorney for Shaquile Richards
10655 Six Pines, Suite 230
The Woodlands, Texas 77380
Tel: (936)703-5000
Fax: (877) 900-2822
celesteblackburn@gmail.com

**/s/ Neal Davis, III**
NEAL DAVIS, III
Texas Bar #24038531
Federal # 706329
Attorney for Shaquile Richards
440 Louisiana St., Suite 200
Houston, TX 77002
(713) 223-5575
(713) 224-2815 – Fax
nealdavis3@icloud.com

**/s/ Judith Shields**
Judith Shields
Attorney for Alexandra Nicks
10655 Six Pines, Suite 230
The Woodlands, Texas 77380
(936)703-5002
JudithShieldsAttorney@gmail.com
SDTX No. 424027
Texas Bar No. 00793271

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this response was served on counsels of record via electronic court filing on April 20, 2026.

***/S/ Kelly Zenón-Matos***
Kelly Zenón-Matos
Assistant United States Attorney
United States Attorney's Office