# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

UNITED STATES OF AMERICA

v.                                                    Case Number: 4:23–cr–00105

Shaquile O'Neal Richards, Alexandra
Elizabeth Nicks

---

## NOTICE OF RESETTING

**A proceeding has been reset in this case as to Shaquile O'Neal Richards, Alexandra Elizabeth Nicks as set forth below.**

**Before the Honorable George C Hanks, Jr**

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 7/6/2026

**TIME:** 10:30 AM

**TYPE OF PROCEEDING:** Pretrial Conference

---

Date: July 2, 2026 Nathan Ochsner, Clerk
by K. Picota, Deputy Clerk