United States District Court
Southern District of Texas
**ENTERED**
August 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL ACTION NO. 4:23-CR-00105 |
| VS. | § | |
| | § | |
| SHAQUILE O'NEAL RICHARDS<br>ALEXANDRA ELIZABETH NICKS | § | |

# <u>ORDER</u>

The Clerk is hereby ORDERED to provide the jury with their lunchtime meal on **August 3, 2026.**

This Order shall be directed to the Financial Section for reimbursement to the Clerk to provide the meal.

SIGNED at Houston, Texas on August 3, 2026.

George C. Hanks Jr.
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE