Booking Photos



11/9/2021    2/7/2020    7/19/2019    1/23/2018

12/19/2014    2/26/2013    6/29/2011    12/19/2009



EXHIBIT
Defense
A

GOVERNMENT
EXHIBIT
471
4:23-cr-105

 Gmail

Celeste Blackburn <celesteblackburn@gmail.com>

## Ex. 471
1 message

**Judy Shields** <judithshieldsattorney@gmail.com>                    Sun, Jul 5, 2026 at 5:40 PM
To: "Zenon, Kelly (USATXS)" <Kelly.Zenon@usdoj.gov>, "Anton, Jodi (USAFLS)" <Jodi.Anton@usdoj.gov>, Celeste
Blackburn <celesteblackburn@gmail.com>, Neal Davis III <nealdavis3@icloud.com>

Can you please tell me where this exhibit is from?

Judy

--
Judith Shields
Board Certified, Criminal Law -- Texas Board of Legal Specialization
10655 Six Pines, Suite 230
The Woodlands, Texas 77380
(936)703-5002 office
(877)900-2822 fax


**BOARD CERTIFIED®**
Texas Board of Legal Specialization

**CRIMINAL LAW**




Proud Member of
Texas Bar College
A Professional Society of Legal Scholars

**CONFIDENTIALITY NOTICE:** The information in this email may be confidential and/or privileged. This email is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this email and its attachments, if any, or the information contained herein is prohibited. If you have received this email in error, please immediately notify the sender by return email and delete this email from your system. The information in this email and its attachments, if any, is subject to the attorney-client privilege and/or may be attorney work product. Recipients should not file copies of this email with publicly accessible records. Unauthorized interception of this e-mail is a violation of federal criminal law



**Date Created**

      2017-08-29 23:14:17 UTC

      **Status** ACTIVE

      **Text** Most Leo's get money they trippin

      **Id** 17890353916071253

**Date Created** 2017-08-29 23:12:08 UTC

      **Status** ACTIVE

      **Text** Real shit famgoon

      **Id** 17895709429045476

**Date Created** 2017-08-27 23:48:26 UTC

      **Status** ACTIVE

      **Text** I just seen yo lil bro b safe b run it up

      **Id** 17895815458007204

**Date Created** 2017-08-25 18:48:28 UTC

      **Status** ACTIVE

      **Text** I was jamming that bitch everyday 🎵🎵

      **Id** 17870926375183707

**Date Created** 2017-08-25 01:02:34 UTC

      **Status** ACTIVE

      **Text** No bull shit b take sumthin texas

      **Id** 17872482502133131

**Date Created** 2017-08-25 01:01:52 UTC

      **Status** DELETED_BY_USER

      **Text** Nbs blood takin

      **Id** 17869047652163503

**Date Created** 2017-08-24 05:30:24 UTC

      **Status** ACTIVE

      **Text** Rns blood

      **Id** 17882531923108732

**Date Created** 2017-08-20 22:15:58 UTC

      **Status** ACTIVE

      **Text** So he snicking

      **Id** 17894767879038167

**Date Created** 2017-08-20 12:01:59 UTC

      **Status** ACTIVE

      **Text** That's more then 300 lmao yall don't mess with no money

      **Id** 17895086410017429

**Date Created** 2017-08-20 10:26:58 UTC

      **Status** ACTIVE

      **Text** You need sign sum artist from houston @champagnepapi believe in our city foreal half these nigga fake that say they ride for the h

      **Id** 17869896859149563

**Date Created** 2017-08-20 06:32:34 UTC

      **Status** ACTIVE

      **Text** 🔥🔥🔥🔥

      **Id** 17894790700040810

**Date Created** 2017-08-19 21:45:22 UTC

      **Status** ACTIVE



Following

ombbloodbath

**ombbloodbath** we was REALLY extorting niggas you can't hustle in my hood I need a portion nigga ! #TBT

**omb_slimeshitt59** No bull shit b take sumthin texas

**jasonnixon23** Texas do it big mann

**mikedope5900** Facts 💯💯💯💯

**couturefabishere** Blow dat

**cabshit** Folo

**cabshit** Lo



EXHIBIT
4:23-cr-105
Appellate
ALL-STATE LEGAL®



GOVERNMENT
EXHIBIT
EX. 471
4:23-cr-105

966 likes

7 DAYS AGO

Add a comment...