**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

United States of America

§
§
§   CASE NO. 4:23-cr-00105
§
§

v.

Shaquille O'Neal Richards
Alexandra Elizabeth Nicks

One (1) USB containing exhibits
_____

_____

_____

_____

_____

**DOCUMENT IS:**

☐ **LOOSE IN FILE**

☐ **IN VAULT SEALED**

☒ **IN BROWN EXPANDABLE FOLDER**

**INSTRUMENT #  578**