United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 4:23-CR-00105 |
| | § | |
| SHAQUILE O'NEAL RICHARDS | § | |
| ALEXANDRA ELIZABETH NICKS | § | |
|     Defendants. | | |

## **ORDER**

The admitted exhibits and offers of proof are released from the Clerk and the parties shall maintain them for purposes of any appeal

Further, the parties shall file electronic copies of their admitted exhibits and offers of proof on the CM-ECF/PACER system of this Court by **August 14, 2026**. Any objections to the electronic copies must be made in writing and with a certificate of conference that complies with the Local Rules for the Southern District of Texas, within 24 hours of the copies being filed.

The Clerk will enter this Order and notify all parties.

SIGNED at Houston, Texas on August 6, 2026.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

1 / 1